United States Court of Appeals
Fifth Circuit

**F I L E D**

**May 24, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————

No. 03-60797
Summary Calendar

———————————

KRISCELDA SHADWELL,

                                        Plaintiff-Appellant,

versus

BRETT BOWLIN,

                                        Defendant-Appellee.

--------------------
Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 4:02-CV-432-LN
--------------------

Before SMITH, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM:[*]

      Kriscelda Shadwell has appealed the district court's summary judgment dismissal of a complaint alleging Bivens[**] claims against U.S. Navy Lieutenant Brett Bowlin, a member of the Navy Judge Advocate General's Corps assigned as the legal advisor to the commanding officer of Naval Air Station (NAS) Meridian, Ms.

---

      [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

      [**] Bivens v. Six Unknown Named Agents, 403 U.S. 388 (1971).

After Mrs. Shadwell's husband, Ensign Peter Shadwell was arrested for criminal child abuse, Mrs. Shadwell left the family's on-base quarters at NAS Meridian and took her children to her parents' home in Texas.  According to Mrs. Shadwell's complaint, during her absence, Lieutenant Bowlin searched the Shadwell's quarters in violation of the Fourth Amendment.  Our review of the record shows that Lt. Bowlin entered the house pursuant to the base commander's order to inspect the quarters and to inventory the Shadwell's personal property consistent with U.S. Navy housing regulations.  No Fourth Amendment violation occurred.

AFFIRMED.